■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL MORRIS, Appellant. [821 NYS2d 922]—Appeal by the defendant from an order of the Supreme Court, Kings County (Guzman, J.), dated February 24, 2005, which designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's determination designating the defendant a level three sex offender is supported by clear and convincing evidence (*see* Correction Law § 168-n [3]) and, therefore, should not be disturbed on appeal (*see People v O'Neal*, 26 AD3d 365 [2006], *lv denied* 7 NY3d 702 [2006]; *People v Baylor*, 19 AD3d 467 [2005]; *People v Smith*, 5 AD3d 752 [2004]; *People v Stokes*, 5 AD3d 651 [2004]; *People v Cureton*, 299 AD2d 532 [2002]).

The defendant's remaining contentions are unpreserved for appellate review (*see People v Barber*, 29 AD3d 660 [2006]; *People v Burgess*, 6 AD3d 686 [2004]; *People v Angelo*, 3 AD3d 482 [2004]; *People v Cureton, supra*), or are based on matter dehors the record (*see People v Gliatta*, 27 AD3d 441 [2006]). Adams, J.P., Krausman, Fisher and Dillon, JJ., concur.